IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN MOSSIE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-4951 |
| SOCIAL SECURITY ADMINISTRATION | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 1st day of March, 2022, upon consideration of Plaintiff's Complaint (Doc. 2) and the Administrative Record (Doc. 15), and for the reasons set forth in the Memorandum Opinion filed this date, **IT IS ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) based on Plaintiff's failure to prosecute this action.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE